**Barbara Jean GARTON, Respondent,**

v.

**Eugene Clark GARTON, Appellant.**

**No. WD 48210.**

Missouri Court of Appeals, Western District.

May 10, 1994.

Richard N. Brown, Brookfield, for respondent.

James A. Rahm, Joyce J. Wendel, Carrollton, for appellant.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

*ORDER*

PER CURIAM.

From a decree of dissolution, the appellant contests the trial court's failure to annul the marriage, the declaration of the family home as marital property, as well as the awards of

child support, maintenance, and attorney fees. Judgment affirmed. Rule 84.16(b).